so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FRANCES LARRABURE O'DRISCOLL, Respondent, v. GERMAN M. LARRABURE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PERRY RADIN, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant. — Order so far as appealed from unanimously reversed, with twenty dollars costs and disbursements, and the motion to strike out said paragraphs granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of HENRY E. BRUCKMAN and Others, Constituting the State Liquor Authority of the State of New York, Petitioners, Appellants, against ANDREW GAZDUN, Respondent.— Appeal transferred to the Third Department for hearing and determination. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See post, p. 882.]

In the Matter of the Application of FREDERICK HARJES, HERMAN HARJES, ALFRED HARJES and WILLIAM HARJES, Individually, and as Trustees for Ox REALTY CORPORATION, a Dissolved Corporation, Petitioners, Appellants, for an Order against JOHN MCKENZIE, Commissioner of Docks of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of AUGUSTUS CHESEBROUGH and Others, Individually, and LUISITA CHESEBROUGH and Others, Individually, and as Executors and/or Trustees under the Last Will and Testament of WILLIAM M. CHESEBROUGH, Deceased, Petitioners, Appellants, against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, and BERNARD J. GILLROY, as Superintendent of Buildings of the Borough of Manhattan, City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of GENNARO DEODATI, Petitioner, Respondent, for an Order against PAUL J. KERN, President, FERDINAND Q. MORTON and WALLACE S. SAYRE, Commissioners, Who Were and Now Are Members of and Constitute the Municipal Civil Service Commission of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE NEW YORK TRUST COMPANY, as Mortgagee under a Certain Agreement, Dated as of August 1, 1926, between BENENSON BUILDING CORPORATION and THE NEW YORK TRUST COMPANY, Respondent, v. BENENSON BUILDING CORPORATION, 165 BROADWAY REALTY CORPORATION, BROADCORT REALTY CORPORATION, THE CHEMICAL NATIONAL BANK OF NEW YORK (now CHEMICAL BANK & TRUST COMPANY), as Trustee, Respondents. ALBERT J. COURTNEY, RAYMOND T. CRAGIN, WAYLAND M. MINOT, DAVID PATTERSON and C. ELLIOTT SMITH, Constituting